UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HILMI JUDEH | * | |
|     Plaintiff, | * | Civil Action |
| | * | File No. 2:22-cv-1130-SSV-MBN |
| | * | |
| versus | * | Judge Sarah S. Vance |
| | * | |
| T-MOBILE USA, INC. | * | Magistrate Judge |
| d/b/a T-MOBILE | * | Michael B. North |
|     Defendant. | * | |

*******************************************

## T-MOBILE'S RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, T-Mobile USA, Inc., and prays that Plaintiff's claims be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim for relief upon which relief can be granted.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Andrew J. Halverson*
ANDREW J. HALVERSON (La. Bar. No. 31184)
325 Settlers Trace Blvd, Suite 201
Lafayette LA 70508
Telephone: 337-769-6582
Facsimile:  337-989-0441
Email: andrew.halverson@ogletree.com

And

Sara Grace Sirera, La. Bar No. 38405
Hancock Whitney Center
701 Poydras Street; Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-2617
Email: sara.sirera@ogletree.com

Attorneys for **T-Mobile USA, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| (    ) | Hand Delivery | (    ) | Prepaid U.S. Mail |
| (    ) | Facsimile | (    ) | Federal Express |
| (    ) | E-Mail | ( X ) | CM/ECF System |

Lafayette, Louisiana, this 20th day of September, 2022.

                                                           */s/ Andrew J. Halverson*
                                                          Andrew J. Halverson