UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HILMI JUDEH | * | |
|     Plaintiff, | * | Civil Action |
| | * | File No. 2:22-cv-1130-SSV-MBN |
| | * | |
| versus | * | Judge Sarah S. Vance |
| | * | |
| T-MOBILE USA, INC. | * | Magistrate Judge |
| d/b/a T-MOBILE | * | Michael B. North |
|     Defendant. | * | |

*********************************************

### DEFENDANT'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant T-Mobile USA, Inc. d/b/a T-Mobile, a Delaware corporation, is a wholly-owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc. DT B.V. is a direct wholly-owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG. Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg,

Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

Additionally, Softbank Group Corp., through its wholly-owned subsidiary, Delaware Project 6, L.L.C., beneficially owns approximately 3.2% shares of T-Mobile US, Inc. common stock outstanding.

Masayoshi Son owns more than 10% of Softbank Group Corp.

Respectfully submitted,

/s/ Sara Grace Sirera
ANDREW J. HALVERSON (La. Bar. No. 31184)
325 Settlers Trace Blvd, Suite 201
Lafayette LA 70508
Telephone: 337-769-6582
Facsimile:  337-989-0441
Email: andrew.halverson@ogletree.com

and

Sara Grace Sirera, La. Bar No. 38405
Hancock Whitney Center
701 Poydras Street; Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-2617
Email: sara.sirera@ogletree.com
Attorneys for **T-Mobile USA, Inc.**

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, a copy of the foregoing Notice has been filed via the Court's Electronic Case Filing System, which provides for service on all counsel of record.

/s/ Sara Grace Sirera
Sara Grace Sirera

53063449.v1-OGLETREE